**Exhibit A to the Complaint**

**Location:** Richmond, TX    **IP Address:** 98.40.163.174
**Total Works Infringed:** 26    **ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 3FBE4B0E62CC90B1A3978F4CFBCA74C7DA0DE314 | 02/03/2025 22:38:58 | Vixen | 01/31/2025 | 02/18/2025 | PA0002515961 |
| 2 | FCB7EF8D47BA351722CD9937B6471FB94ADB77EB | 01/21/2025 22:25:22 | Vixen | 01/17/2025 | 02/18/2025 | PA0002515875 |
| 3 | 4A5FC7161AE85586B6E8E11568E65495429E4638 | 01/10/2025 22:59:57 | Vixen | 01/10/2025 | 01/16/2025 | PA0002509625 |
| 4 | B3E565731C57A8E0A6A324C0B1081266E90BDA4D | 12/21/2024 18:14:23 | Vixen | 12/20/2024 | 01/16/2025 | PA0002509655 |
| 5 | 9F6BB1EF7E209D679B6EECC06E3F97A2AC5C7DBD | 12/13/2024 20:56:14 | Vixen | 12/13/2024 | 01/16/2025 | PA0002509636 |
| 6 | 546C853F46B87B8074C415E7866FED0662C6A016 | 11/12/2024 17:22:49 | Vixen | 11/01/2024 | 11/18/2024 | PA0002500861 |
| 7 | 91F6987BED1E7AF6FE3769F3696FFF83207BB6CA | 10/17/2024 21:08:42 | Vixen | 10/11/2024 | 10/16/2024 | PA0002494724 |
| 8 | EA0147FE47E3AA9A6F41EABE59373033E69F1D93 | 10/04/2024 01:18:46 | Vixen | 09/27/2024 | 10/16/2024 | PA0002494780 |
| 9 | 27eb5e30f863c74af0526fb195a6231c81aac758 | 09/28/2024 19:20:25 | Blacked Raw | 04/05/2021 | 04/14/2021 | PA0002286708 |
| 10 | 1e026cf5037d83295fc7a10210466f1f21b7da69 | 09/26/2024 03:00:24 | Tushy | 09/13/2017 | 10/10/2017 | PA0002086153 |
| 11 | 22D7F2274CAB57219A164DA9DFC2363B83583729 | 09/26/2024 02:37:31 | Vixen | 09/20/2024 | 10/16/2024 | PA0002494775 |
| 12 | 25D61E25DD41E01827E3A2E77EFC1337AA6ED49D | 09/16/2024 21:47:25 | Vixen | 09/13/2024 | 10/16/2024 | PA0002494756 |
| 13 | C43A4D46CE1ED5FB323E36469F3D2A61FED12E7D | 09/03/2024 22:08:07 | Vixen | 08/02/2024 | 08/15/2024 | PA0002484855 |
| 14 | 5F745443AD99CDB6E4EBCDB7BAD0AFD8BFC0923E | 08/24/2024 21:46:31 | Vixen | 08/23/2024 | 09/18/2024 | PA0002490435 |
| 15 | 9bd35bb8af0b1a2773072fe6c480fe36e968b70f | 07/31/2024 03:10:24 | Slayed | 06/25/2024 | 09/05/2024 | PA0002491134 |
| 16 | E6C2F52BF021A8A2F557EB44B77C79A796F16C24 | 07/30/2024 04:31:35 | Vixen | 07/26/2024 | 08/15/2024 | PA0002484850 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | e6d0d7ef0e892666121ff8339e9c43d914df46e9 | 07/27/2024 22:31:11 | Vixen | 12/08/2023 | 01/16/2024 | PA0002449510 |
| 18 | 425B69EBF37AF69ECEF370C54A0B8F23AB28C401 | 06/24/2024 19:56:26 | Vixen | 06/28/2019 | 08/27/2019 | PA0002213233 |
| 19 | 7171E45C7DC876E6EAFC89A58A3AE0C8943FAAF6 | 04/22/2024 19:51:25 | Vixen | 04/19/2024 | 05/09/2024 | PA0002470255 |
| 20 | 0c14f2ac3219cdca0ed3981a3419d69e370fb2e5 | 03/22/2024 12:12:51 | Vixen | 03/15/2024 | 04/12/2024 | PA0002465377 |
| 21 | c1ab30d1bfc588bc2cd71e34d270669c8f133a1f | 03/22/2024 00:07:53 | Blacked Raw | 08/05/2019 | 08/27/2019 | PA0002213302 |
| 22 | ade3224cabaa9065a12f20a27bf142417e7f572d | 03/21/2024 22:30:42 | Vixen | 03/08/2024 | 04/12/2024 | PA0002465385 |
| 23 | d16a5671295143f4eaee8f2e6a179e9103401c89 | 03/13/2024 14:10:13 | Blacked Raw | 05/10/2021 | 06/15/2021 | PA0002296920 |
| 24 | b040415f1810a1e5d3932fde63f2f0b13d123c67 | 03/13/2024 12:30:48 | Blacked | 10/07/2017 | 10/19/2017 | PA0002058300 |
| 25 | ff79e9dfc700b8931d11f713c9e9b2370fe2e0e1 | 03/02/2024 04:57:18 | Vixen | 03/10/2023 | 04/09/2023 | PA0002405759 |
| 26 | b82c01991eeb4a25f31c65ff84cdc8cb1b253f59 | 02/03/2024 22:40:24 | Vixen | 02/04/2022 | 02/14/2022 | PA0002335462 |